JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION, <br><br>            Plaintiffs, <br><br>     v. <br><br>DCD ELECTRIC, INC., a Nevada corporation authorized to do business in California; and FREDERICK WALTER CARR, an individual, <br><br>            Defendants. | CASE NO.: 2:23-CV-08277-SK <br><br> ASSIGNED TO THE HONORABLE STEVE KIM, UNITED STATES MAGISTRATE JUDGE <br><br> **JUDGMENT** |

This action having been commenced on October 2, 2023, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendants, and for good cause shown,

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the National Electrical Benefit Fund, National Electrical Industry Fund, Los Angeles Electrical Workers Credit Union, and Southern California IBEW-NECA Administrative Corporation, shall recover from Defendants, DCD Electric, Inc., a Nevada corporation authorized to do business in California, and Frederick Walter Carr, an individual, jointly and severally, the principal amount of $19,037.42, plus post-judgment interest thereon at the rate of 8% per annum from March 2, 2024, until paid in full.

Dated: June 3, 2024

HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE